UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

TONY LAMAR CARD,

        Plaintiff,

v.

GRANT BLINN,

        Defendant.

Case No. 3:25-cv-05218-TMC

ORDER ADOPTING REPORT AND RECOMMENDATION

The Court, having reviewed the Report and Recommendation of the Hon. Theresa L. Fricke, United States Magistrate Judge, objections to the Report and Recommendation, and the remaining record, hereby finds and orders:

1. The Court adopts the Report and Recommendation. The Court has reviewed Mr. Card's "claim against unlawful action" and construed it as an objection to the Report and Recommendation. The Court agrees that the Defendant is entitled to judicial immunity and adopts the reasoning of the Report and Recommendation;

2. Plaintiff's motion to proceed *in forma pauperis* is DENIED;

3. Plaintiff's action is DISMISSED with prejudice;

4. The Clerk is directed to send copies of this Order to Plaintiff.

Dated this 2nd day of April, 2025

Tiffany M. Cartwright
United States District Judge

ORDER ADOPTING REPORT AND RECOMMENDATION
- 1